

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00017-CV

THOMAS H. JOHNSON, IDA LEE, HAROLD FRED NOBLES,
GEORGE MCNARY, MERCEDEE BRAWLEY, DONNA KAY ROBINSON,
AND THE UNKNOWN HEIRS OF LETHIA MCNARY
v.
DENISE NOBLES

On Appeal from the
24th District Court of De Witt County, Texas
Trial Court Cause No. 21-07-25,477

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 19, 2022